IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMALIA ULMAN                                  :
    Plaintiff,

v.                                            :

                                                                                                         CIVIL ACTION
GREYHOUND LINES, INC.;                                 NO. 15-5838
SABRINA ANDERSON;                             :
C.A.V. ENTERPRISE, LLC; and,
AKOS GUBICA
    Defendants.                              :

**ORDER**

AND NOW, this 14th day of December, 2017, upon consideration of: Defendants C.A.V. Enterprise, LLC and Akos Gubica's Motion to Dismiss (ECF No. 44), Plaintiff's Response (ECF No. 44), and Defendants Sabrina Anderson and Greyhound Lines, Inc.'s Opposition thereto (ECF No. 48); Defendants Sabrina Anderson and Greyhound Lines, Inc.'s Motion to Stay (ECF No. 46), Defendants C.A.V. Enterprise, LLC and Akos Gubica's Response (ECF No. 50), and Plaintiff's Opposition thereto (ECF No. 51); and, Plaintiff's Partial Motion for Summary Judgment (ECF No. 55), Defendants Sabrina Anderson and Greyhound Lines, Inc.'s Opposition thereto (ECF No. 61), and Plaintiff's Response to Defendants Sabrina Anderson and Greyhound Lines, Inc.'s Statement of Undisputed Material Facts (ECF No. 64), it is hereby ORDERED as follows:

    (1)    Plaintiff's Motion for Partial Summary Judgment (ECF No. 55) is GRANTED;

    (2)    Defendants C.A.V. Enterprise, LLC and Akos Gubica's Motion to Dismiss (ECF No. 44) is GRANTED;

    (3)    Defendants Sabrina Anderson and Greyhound Lines, Inc.'s Motion to Stay (ECF No. 46) is DENIED as moot; and,

(4)   **On or before January 5, 2018**, the parties shall file a jointly prepared status report.[1]

                        BY THE COURT:

                        /s/ C. Darnell Jones, II   J.

---

[1] Said report shall inform the court as to whether the parties would be willing to further engage in settlement efforts with Magistrate Judge Lynne A. Sitarski or be amenable to participating in the Court-Annexed Mediation Program at no cost to either side. A list of approved mediators participating in the Program may be found at: http://www.paed.uscourts.gov/documents2/mediation. In the event counsel are of the reasonable belief that there is no possibility of settlement, they shall indicate so in their report so that a date for trial may be set by the court.